**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Milous Brown,

    Plaintiff,

v.

David Gray, et al.,

    Defendants.

Case No. 2:19-cv-2425

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On November 8, 2019, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court dismiss in part Plaintiff's *pro se* prisoner civil rights Complaint. R&R 1, ECF No. 17. The R&R notified the parties of their right to object and warned that a failure to timely object would result in a waiver of *de novo* review by the Undersigned as well as a waiver of the right to appeal the Undersigned's adoption of the R&R. *Id.* at 16. Plaintiff objected, arguing he did not have the opportunity to respond to Defendants' motion to dismiss. Obj., ECF No. 20. He then filed a response to the motion to dismiss. ECF No. 21.

Thereafter, Magistrate Judge Jolson issued an Order stating that Plaintiff's objection and response did not alter the conclusions contained in the previously issued R&R. Order, ECF No. 23. A separate Order notified Plaintiff of his right to file substantive objections to the recommendations contained in that R&R. Order, ECF No. 24. Plaintiff failed to do so.

As no objections have been filed, the Court **ADOPTS** the R&R. Defendants Gray, Taylor, Haley, and Hunyadi are **DISMISSED**. The only claims against Defendants McRobie and Ruiz that are permitted to proceed are Plaintiff's claims of retaliation. Plaintiff's remaining claims against Defendants McRobie and Ruiz are **DISMISSED**. Plaintiff's motion for a preliminary injunction is **DENIED**.

The Clerk shall terminate Defendants Gray, Taylor, Haley, and Hunyadi from this case and terminate ECF Nos. 11 & 17.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**