UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Milous Brown,

    Plaintiff,

    v.

David Gray, Warden,
Belmont Correctional Institution, *et al.*,

    Defendants.

Case No. 2:19-cv-2425

Judge Michael H. Watson

Magistrate Judge Merz

## OPINION AND ORDER

Plaintiff in this prisoner civil rights case moved for a declaratory judgment and/or temporary injunctive relief. Mot., ECF No. 78. Magistrate Judge Merz issued a Report and Recommendation ("R&R"), recommending the Court deny Plaintiff's motion. R&R, ECF No. 91. The R&R notified the parties of their right to object to the same and of the consequences for failing to do so. *Id.* at 3.

The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's motion. The Clerk shall terminate ECF No. 78 as a pending motion.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT